J. HERMON MCLEAR, Appellant, *v.* JOSEPH BALMAT et al.,
Defendants, NORTHERN ORE COMPANY, Respondent,
and SYLVIA LAKE COMPANY, INC., et al., Appellants.

(Submitted October 13, 1924; decided October 21, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements.     (See 238 N. Y.
568, 614.)

---

LENA JEWELL, Appellant, *v.* SEWARD S. SMITH,
Respondent.

*Appeal — appeal dismissed for failure to obtain permission to appeal
in case commenced in Justice's Court.*

Jewell v. *Smith*, 207 App. Div. 833, appeal dismissed.

(Submitted October 13, 1924; decided October 24, 1924.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered November 2, 1923, reversing
a judgment in favor of plaintiff entered upon a decision
of the Suffolk County Court and directing a dismissal
of the complaint.

The motion was made upon the ground that the action
was commenced in a Justice's Court and that permission
to appeal had not been obtained.

*Joseph T. Losee* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

In the Matter of the Claim of JAMES LAWSON, Respond-
ent, against WALLACE & KEENEY et al., Appellants.

*Workmen's compensation — notice — when failure to give notice of injury
within prescribed time properly excused.*

Lawson v. *Wallace & Keeney*, 208 App. Div. 753, affirmed.

(Argued October 2, 1924; decided October 24, 1924.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered January 28, 1924, unanimously